AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

DAVID KEITH SCHULT,

     Petitioner,       JUDGMENT IN A CIVIL CASE

V.

                              CASE NUMBER: **3:12-cv-00092-RCJ-WGC**

STATE OF NEVADA, et al.,

     Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE for petitioner's failure to exhaust available state remedies.


  5/11/2012                                                       **LANCE S. WILSON**
                                                                                           Clerk


                                                                                  /s/ P. McDonald
                                                                                     Deputy Clerk